[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 20, 2001
THOMAS K. KAHN
CLERK

————————————————

No. 97-3222

——————————————

D.C. Docket No. 92-01027-CR-MMP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDGAR ARNOLD GARCIA,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Northern District of Florida

————————————————
**(November 20, 2001)**

ON PETITION FOR REHEARING EN BANC

(Opinion March 9, 2001)

Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, BIRCH,

DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.

O R D E R:

The Court having been polled at the request of one of the members of the Court and a majority of the Circuit Judges who are in regular active service not having voted in favor of it (Rule 35, Federal Rules of Appellate Procedure; Eleventh Circuit Rule 35-5), the Suggestion of Rehearing En Banc is DENIED.

/S/R. LANIER ANDERSON
CHIEF JUDGE

CARNES, Circuit Judge, Concurring in the Denial of Rehearing En Banc, in which BLACK, HULL and MARCUS, Circuit Judges, join:

We concur in the denial of rehearing en banc for the reasons set out in our concurring opinion in <u>United States v. Ardley</u>, ___ F.3d ____, No. 98-7033 (11th Cir. 2001), which is issued contemporaneously with this one.

TJOFLAT, Circuit Judge, Dissenting from the Denial of Rehearing En Banc, in which BARKETT, Circuit Judge, joins:

I dissent for the reasons set forth in my dissent from the denial of rehearing

en banc in <u>United States v. Ardley</u>, ___ F.3d ___, No. 98-7033 (11th Cir. 2001).